John CRESTO, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 359, 2015

Supreme Court of Delaware.

Submitted: May 18, 2016

Decided: May 20, 2016

AFFIRMED.